**UNITED STATES**

v.

**Airman Ronnie L. MILLER, Jr., FR 443–68–0255 United States Air Force.**

**ACM S25233.**

U. S. Air Force Court of Military Review.

Sentence Adjudged 25 Feb. 1981.

Decided 22 Oct. 1981.

**560**

Appellate Counsel for the Accused: Colonel George R. Stevens and Captain G. Michael Lennon.

Appellate Counsel for the United States: Colonel James P. Porter and Lieutenant Colonel Bruce R. Houston.

Before POWELL, KASTL and MAHONEY, Appellate Military Judges.

### DECISION

KASTL, Judge:

In a special court-martial, the prosecution charged that the accused did "... through neglect, damage by turning over, a government truck ...." in violation of Article 108, Uniform Code of Military Justice.[1] The accused now asserts that the military judge erred in accepting a plea of guilty to

this offense. We find the plea provident and affirm.

The *Care* inquiry revealed that the accused had control of a military truck valued at about $5,000.00. He permitted an unlicensed 16-year old military dependent to operate it. The truck veered toward an embankment and turned over, resulting in $3,187.00 of damage. The accused conceded that his negligence in letting the youth drive the truck had caused the wreck.

The accused specifically argues that no violation of Article 108 is made out because the 16-year old dependent—not the accused—was operating the truck when it overturned. Contrariwise, we are persuaded that the accused was negligent in entrusting the government truck to an unlicensed young driver, and that such negligence was a proximate cause of the damage. *United States v. Donnelly*, 19 C.M.R. 549, 551 (N.B.M.R. 1955) and *United States v. Lane*, 34 C.M.R. 744, 752 (C.G.B.R. 1964). See also *United States v. Russell*, 3 U.S.C. M.A. 696, 14 C.M.R. 114, 118 (1954) and *United States v. Hendley*, 17 C.M.R. 761, 766 (A.F.B.R. 1954). *See generally*, Annot., 36 A.L.R.2d 735, 736 (1954).

The other error raised by the accused is resolved adversely to him.[2]

The findings of guilty and the sentence are

AFFIRMED.

POWELL, Senior Judge and MAHONEY, Judge, concur.

---

1. The accused was tried and found guilty of various offenses in violation of Articles 86, 95, 108, 128 and 134, Uniform Code of Military Justice, 10 U.S.C. §§ 886, 895, 908, 928, 934. He was sentenced to a bad conduct discharge, confinement at hard labor for six months and reduction to airman basic.

2. The Government's Motion to File Documents, dated 1 October 1981, is granted.